IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES FAY, *Individually and on Behalf of Others Similarly Situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| AETHON ENERGY OPERATING, LLC, | ) ) |
| Defendant. | ) Civil Action No. 3:22-CV-2138-C |

### ORDER

The Court, having considered the Joint Stipulation of Dismissal, filed May 25, 2023, finds that the above-styled and -numbered civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each party to bear their own costs and fees.

SO ORDERED.

Dated May 30, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE